UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>MARTIN J. O'MALLEY, et al.,<br>　　　　Defendants. | Case No. 4:24-cv-06481-KAW<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 11 |

On October 1, 2024, the Court granted Plaintiff's motion for an extension of time to file his application to proceed *in forma pauperis* ("IFP"), and the deadline was extended to November 19, 2024. (Dkt. No. 7.)  Plaintiff did not timely file his IFP application or request an extension of the deadline, and, on December 10, 2024, the Court *sua sponte* extended Plaintiff's deadline to file an IFP application to January 31, 2025. (Dkt. No. 11.)  Plaintiff was "advised that he must file the IFP application or pay the filing fee by that date or, alternatively, file an administrative motion or stipulation to extend the deadline." *Id.* at 1.  To date, Plaintiff has not filed his IFP application, paid the filing fee or filed an administration motion to further extend the filing deadline.

Accordingly, the Court issues an ORDER TO SHOW CAUSE, and orders Plaintiff to explain, by **March 31, 2025**, why he did not file his IFP application or pay the filing fee by the deadline. Also by March 31, 2025, Plaintiff is also ordered to either pay the filing fee, file his IFP application, or file an administrative motion to extend the deadline.  The failure to fully comply with this order may result in the case being dismissed for failure to pay the filing fee.

IT IS SO ORDERED.

Dated: February 11, 2025

KANDIS A. WESTMORE
United States Magistrate Judge