CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLARENCE JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 4:24-cv-06481-KAW<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Give further consideration to the medical source opinions pursuant to the provisions of 20 C.F.R. § 416.920c. As appropriate, the Administrative Law Judge may request the medical

Stip. to Remand, [4:24-cv-06481-KAW]        1

sources provide additional evidence and/or further clarification of the opinions. 20 C.F.R. § 416.920b.

- Further evaluate the claimant's alleged symptoms and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms (20 C.F.R. § 416.929; Social Security Ruling 16-3p).
- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 18, 2025

By: /s/ *David P. Waggoner*
DAVID P. WAGGONER
(as authorized by email)
Attorney for Plaintiff

Dated: December 18, 2025

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Head of Program Litigation 1

By: /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Social Security Administration
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

|   |   |
|---|---|
| 1 | IT IS SO ORDERED: |
| 2 |   |
| 3 | DATE: December 23, 2025 |
| 4 | THE HONORABLE KANDIS A. WESTMORE |
|   | United States Magistrate Judge |